**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                                            RE:    Johan GAJSEK
                                                                      Docket Number: 2:06CR00256-02
                                                                      **PERMISSION TO TRAVEL**
                                                                      **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Belgium. Gajsek is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 5, 2007, Gajsek was sentenced for the offense(s) of Conspiracy to Distribute and Possess With Intent to Distribute MDMA, and two counts of Distribution of MDMA.

**Sentence imposed:** 12 months and 1 day custody of Bureau of Prisons; 60 month Term of Supervised Release (that began on September 8, 2008); $300 special assessment (paid); and $1,000 fine (paid). **Special Conditions:** Search, financial disclosure; financial restrictions; drug testing; cellular phone restrictions and disclosure requirements; mental health treatment; copayment for treatment or testing; and drug registration.

**Dates and Mode of Travel:** March 7 to March 21, 2012; travel by air.

**RE:   Johan GAJSEK**
**Docket Number:   2:06CR00256-02**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** Mr. Gajsek has requested travel to Belgium to visit his ailing parents. He has been compliant with all conditions of supervision thus far. Previous travel to Belgium was approved by Your Honor on January 30, 2007, and January 14, 2009. His travel and return were without incident. He plans to purchase airplane tickets if the Court approves his travel request.

Respectfully submitted,

/s/Julie A. Fowler
**JULIE A. FOWLER**
**United States Probation Officer**

**DATED:**   February 22, 2012
Sacramento, California
jaf/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved     X                    Disapproved _____

Dated:  February 24, 2012

GARLAND E. BURRELL, JR.
United States District Judge